# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY and PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA USA INC., et al., <br><br> Defendants. | C.A. No. 17-cv-374-LPS <br><br> (CONSOLIDATED) |
| BRISTOL-MYERS SQUIBB COMPANY AND PFIZER INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD. <br><br> Defendant. | C.A. No. 17-378-LPS |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Bristol-Myers Squibb Company and Pfizer Inc., and Defendant Lupin Ltd., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.  All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2.  Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3.  The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4.     This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5.     This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: May 4, 2018 | Respectfully submitted, |
| FARNAN LLP | BAYARD, P.A. |
| /s/ Michael J. Farnan<br>Joseph J. Farnan, Jr. (Bar No. 100245)<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Str., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>farnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiffs* | /s/ Stephen B. Brauerman<br>Richard D. Kirk (Bar No. 922)<br>Stephen B. Brauerman (Bar No. 4952)<br>Sara E. Bussiere (Bar No. 5725)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19899-5130<br>Tel: (302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>sbussiere@bayardlaw.com<br><br>*Attorneys for Defendant Lupin Ltd.* |

IT IS SO ORDERED this _____ day of _____, 2018.

_____
The Honorable Leonard P. Stark